IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE A. PIERCE,

      Petitioner,                    No. 2:11-cv-1635 KJN P

   vs.

MICHAEL STAINER, Warden,

      Respondent.                   <u>ORDER</u>

_____/

      Respondent has requested a thirty day extension of time to file an answer or otherwise responsive pleading.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's August 22, 2011 request for an extension of time (dkt. no. 11) is granted; and

      2. Respondent shall file a responsive pleading on or before September 22, 2011. Petitioner's traverse, if any, shall be filed thirty days thereafter.

DATED: August 26, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

pier1635.eot